**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LAW OFFICE OF JOHN J. ALLAN, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV01172 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| through its agency, GENERAL | ) | |
| SERVICES ADMINISTRATION (GSA), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

Upon review of the pleadings, this Court finds that this matter involves a contract dispute relating to "the building of the Federal Courthouse in St. Louis, Missouri." Due to a possible conflict of interest in presiding over this matter, I hereby request to be recused from any further proceedings and ask that this cause be reassigned to a Judge outside the Eastern District of Missouri.

So Ordered this 19th Day of October , 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE